UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Tateyanna Jackson and Gabrielle Campbell, )<br>)<br>) <br>Plaintiffs, )<br>)<br>v. )<br>)<br>JoJo, Inc. of Myrtle Beach d/b/a Strand )<br>College of Hair Design and Nancy Poole, )<br>)<br>)<br>)<br>Defendants. )<br>) | C/A No.: 4:23-cv-01702-JD<br><br><br><br>**NOTICE OF COMPLIANCE WITH COURT'S ORDER TO CONDUCT MEDIATION** |

Pursuant to the Court's Order to Conduct Mediation (ECF No. 11, p. 7), counsel for Defendants, JoJo, Inc. d/b/a Strand College of Hair Design and Nancy Poole, hereby advises the Court of the following:

1. The parties conducted mediation in this case on February 6, 2024 with mediator, Willard Hanna of Hanna Law, PA;

2. The mediation resulted in an impasse and was not settled; and

3. Pending the Court's consideration of and ruling on any timely-filed Motions in this matter, a trial in this case is necessary.

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,

**BELLAMY, RUTENBERG, COPELAND, EPPS, GRAVELY & BOWERS, P.A.**

s/Holly M. Lusk
Benjamin A. Baroody, District Court Bar #9442
Holly M. Lusk District Court Bar #12587
Post Office Box 357
Myrtle Beach, South Carolina 29578-0357
Phone: 843-448-2400, Fax: 843-448-3022
bbaroody@bellamylaw.com
hlusk@bellamylaw.com
Attorneys for Defendants JoJo, Inc. of Myrtle Beach d/b/a Strand College of Hair Design and Nancy Poole